

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

United States of America,

        Plaintiff,

    v.

Marcos Guerrero,
Elijah Gafare,
Cinthia Leal, and
Vincent Solarez,

        Defendants.

Case No. 5:24-CR-00163-JGB

**VERDICT FORM**

1

## **MARCOS GUERRERO**

## **COUNT ONE**

## **Conspiracy to Interfere with Commerce by Robbery**

1. We, the jury in the above-captioned case, unanimously find defendant

    MARCOS GUERRERO:

    _____    NOT GUILTY

    ✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 2.)*

 *(s)*

1/22/25
_____    _____
DATED    FOREPERSON

## **ELIJAH GAFARE**

## **COUNT ONE**

## **Conspiracy to Interfere with Commerce by Robbery**

2.  We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____    NOT GUILTY

✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 3.)*



(8).

_____1/22/25_____
**DATED**

_____
**FOREPERSON**

# CINTHIA LEAL

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

3. We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____    NOT GUILTY

✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 4.)*



1/22/25
DATED

FOREPERSON

4

## VINCENT SOLAREZ

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

4. We, the jury in the above-captioned case, unanimously find defendant

VINCENT SOLAREZ:

_____    NOT GUILTY

✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 5.)*



_____
1/22/25
DATED

_____
FOREPERSON

## **MARCOS GUERRERO**

## **COUNT TWO**

## **Interference with Commerce by Robbery**

5. We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 6.)*



1/22/25
DATED

FOREPERSON

6

# ELIJAH GAFARE

## COUNT TWO

### Interference with Commerce by Robbery

6. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____   NOT GUILTY

___✓___   GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 7.)*

(8)

1/22/25
DATED

FOREPERSON

7

# CINTHIA LEAL

## COUNT TWO

## Interference with Commerce by Robbery

7. We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 8.)*

(8)

1/22/25

_____    _____
DATED    FOREPERSON

8

# VINCENT SOLAREZ

## COUNT TWO

### Interference with Commerce by Robbery

8.  We, the jury in the above-captioned case, unanimously find defendant

    VINCENT SOLAREZ:

    _____    NOT GUILTY

    ✓          GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 9.)*



(8)

_____
1/22/25
DATED

_____
FOREPERSON

9

## MARCOS GUERRERO

## COUNT THREE

### Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

9. We, the jury in the above-captioned case, unanimously find defendant MARCOS GUERRERO:

    _____    NOT GUILTY

    ✓    GUILTY

as charged in Count Three of the First Superseding Indictment.

*(If your response to Question 9 is Guilty, you must also answer Question 10. If your response to Question 9 is Not Guilty, do not answer Question 10.)*

10. Having found defendant MARCOS GUERRERO guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

    ✓    Used

    ✓    Carried

    ✓    Brandished

    ▮▮▮▮▮▮▮▮▮▮▮▮ ( 8 )

    ▮▮▮▮▮▮▮▮▮▮▮▮▮

1/22/25
DATED

FOREPERSON

*(Proceed to Question 11.)*

10

# ELIJAH GAFARE

## COUNT THREE

## Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

11. We, the jury in the above-captioned case, unanimously find defendant ELIJAH GAFARE:

_____    NOT GUILTY

  ✓      GUILTY

as charged in Count Three of the First Superseding Indictment.

***(If your response to Question 11 is Guilty, you must also answer Question 12.  If your response to Question 11 is Not Guilty, do not answer Question 12.)***

12. Having found defendant ELIJAH GAFARE guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

  ✓      Used

  ✓      Carried

  ✓      Brandished            ██████████████ (8)

_1/22/25_
**DATED**

██████████████
**FOREPERSON**

*(Proceed to Question 13.)*

11

## CINTHIA LEAL

## COUNT THREE

## Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

13. We, the jury in the above-captioned case, unanimously find defendant CINTHIA LEAL:

_____ NOT GUILTY

___✓___ GUILTY

as charged in Count Three of the First Superseding Indictment.

***(If your response to Question 13 is Guilty, you must also answer Question 14. If your response to Question 13 is Not Guilty, do not answer Question 14.)***

14. Having found defendant CINTHIA LEAL guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

___✓___ Used

___✓___ Carried

___✓___ Brandished

███████████████████ (8)

███████████████

_____1/22/25_____
**DATED**

_____ FOREPERSON

*(Proceed to Question 15.)*

12

## **MARCOS GUERRERO**

## **COUNT FOUR**

## **Carjacking**

15.  We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____          NOT GUILTY

✓          GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 16.)*



1/22/25
DATED                                                    FOREPERSON

## ELIJAH GAFARE

## COUNT FOUR

### Carjacking

16. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____    NOT GUILTY

____✓____    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 17.)*



1/22/25
DATED

FOREPERSON

14

## CINTHIA LEAL

## COUNT FOUR

## <u>Carjacking</u>

17.  We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 18.)*



1/22/25
_____
DATED

_____
FOREPERSON (8)

# VINCENT SOLAREZ

## COUNT FOUR

### Carjacking

18.  We, the jury in the above-captioned case, unanimously find defendant

VINCENT SOLAREZ:

_____     NOT GUILTY

____✓____     GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 19.)*



1/22/25
DATED                                                FOREPERSON

## **MARCOS GUERRERO**

## **COUNT FIVE**

## **Witness Tampering**

19. We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____   NOT GUILTY

  ✓   GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 20.)*



_1/22/25_
DATED

(8)

FOREPERSON

17

# ELIJAH GAFARE

## COUNT FIVE

### Witness Tampering

20. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____    NOT GUILTY

___✓___    GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 21.)*



  *1/22/25*
_____
DATED                              _____
                                   FOREPERSON

18

## **CINTHIA LEAL**

## **COUNT FIVE**

## **Witness Tampering**

21. We, the jury in the above-captioned case, unanimously find defendant

   CINTHIA LEAL:

   _____    NOT GUILTY

   ✓    GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 22.)*



1/22/25
_____
DATED

_____
FOREPERSON

19

# MARCOS GUERRERO

## COUNT SIX

### Felon in Possession of a Firearm and Ammunition

22. We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

___✓___    GUILTY

as charged in Count Six of the First Superseding Indictment.



1/22/25
DATED

FOREPERSON

20